# UNITED STATES DISTRICT COURT
### District of Kansas
### (Topeka Docket)

UNITED STATES OF AMERICA,

   Plaintiff,

  v.       CASE NO.: **23-cr-40005-TC-RES**

 GABRIELA E. EASTMAN,

   Defendant.

# INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**Possession of Marijuana with the Intent to Distribute**
**[21 U.S.C. § 841(a)(1)]**

That on or about March 30, 2022, in the District of Kansas, the defendant,

**GABRIELA E. EASTMAN,**

did knowingly and intentionally possess, with the intent to distribute, less than 50 kilograms of Marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Sections 841(b)(1)(D) and 812, and Title 18, United States Code, Section 2.

Dated this 6th day of January 2023, in Topeka, Kansas.

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

JARED S. MAAG
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: jared.maag@usdoj.gov
Ks. S. Ct. No. 17222

# **PENALTIES**

## **COUNT ONE**

**Possession of Marijuana with the Intent to Distribute**
**[21 U.S.C. § 841(a)(1)]**

- Punishable by a term of imprisonment not to exceed five (5) years.
  21 U.S.C. § 841(b)(1)(D)

- A fine not to exceed the greater of that authorized in accordance with 18 U.S.C. §
  3571(b)(3) or $250,000.00.
  21 U.S.C. § 841(b)(1)(D)

- Or both

- A term of supervised release of at least two (2) years.
  21 U.S.C. § 841(b)(1)(D)

- A mandatory special assessment of $100.00.
  18 U.S.C. § 3013(a)(2)(A).